**People of State of Illinois, Defendant in Error, v. Sol Nitti, Plaintiff in Error.**

**Gen. No. 46,489.**

First District, Second Division.

March 8, 1955.

Released for publication April 20, 1955.

Frank
A. McDonnell, for plaintiff in error; William L. Carlin, and Louis
A. Rosenthal, of counsel; John Gutknecht, State's Attorney, for
defendant in error; John T. Gallagher, and Rudolph L. Janega,
Assistant State's Attorneys, of counsel. Opinion by JUSTICE
ROBSON. Not to be published in full.